*Friday, January 20, 1995*

## MOTION DOCKET

95–85. State v. Tyler. *Franklin County*, No. 94APA04–492. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay of execution of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted, effective January 19, 1995.

## MISCELLANEOUS DISMISSALS

94–710. State ex rel. Davis v. Indus. Comm. *Franklin County*, No. 94APD05–665. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective January 19, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

94–749. Delaney v. Regional Transit Auth. *Cuyahoga County*, No. 66691. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. It appears from the records of this court that appellant has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective January 19, 1995.

*Wednesday, January 25, 1995*

## MOTION DOCKET

95–22. First Natl. Supermarkets, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc. *Cuyahoga County*, No. 66454. On motion for stay of execution. Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

## DISCIPLINARY DOCKET

94–2368. Disciplinary Counsel v. Marshall. On motion for order to show cause. David Steele Marshall, Attorney Registration No. 0031544, is found in contempt, and he is immediately indefinitely suspended from the practice of law until he fully cooperates in the disciplinary investigation by complying with lawfully issued subpoenas *duces tecum.*